## JOSEPH SAVENELLI *v.* COMMISSIONER OF CORRECTION (14039)

Foti, Landau and Schaller, Js.

Argued March 18—decision released April 2, 1996

*David B. Rozwaski,* for the appellant (petitioner).

*Madeline A. Melchionne,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.